DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FERRIS VAUGHNER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2169

[January 25, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 18-000190CF10A.

Ferris Vaughner, Lake City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.  See Chapa v. State*, 159 So. 3d 361, 362 (Fla. 4th DCA 2015) (facts found by the judge under the Prison Releasee Reoffender Act are not elements of the offense and are within the "prior conviction" exception to *Apprendi v. New Jersey*, 530 U.S. 466 (2000)).

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***